UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

5:07cr38

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| REGINALD LAMONT KINCAID | ) | |

FILED
STATESVILLE, N.C.
MAY 1 4 2008
U.S. DISTRICT COURT
W. DIST. OF NC

For good cause shown, the Court finds, pursuant to Federal Rule of Criminal Procedure 32(e), that fair and just reasons exist to allow the defendant to withdraw his plea of guilty, entered before the Magistrate Judge on November 1, 2007, to a Bill of Information alleging a violation of 18 USC §924(c). This matter shall be thereafter placed on the Courts next available criminal docket after July 31, 2008 for further proceedings consistent with this Order.

It is so Ordered that the plea of guilty be withdrawn.

This the 14th day of May 2008.

Honorable Richard L. Voorhees
United States District Judge